**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:19-CV-20152-DPG**

CALON BLACKBURN,

       Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. The Prudential Insurance Company of America is a wholly-owned subsidiary of Prudential Financial, Inc. Prudential Financial, Inc. is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    N/A

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

a. Calon Blackburn

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Defendant's Certificate of Interested Persons and Corporate Disclosure Statement** has been electronically filed with the Clerk of Court by using the CM/ECF system this **6th day of February, 2019**, which will send a notice of electronic filing and by E-Mail to: Cesar Gavidia, Esq., Attorneys Dell & Schaefer, Chartered, 2404 Hollywood Blvd. Hollywood, FL 33020.

_____/s/ Philip J. Kantor_____

PHILIP J. KANTOR
QUINTAIROS, PRIETO, WOOD
 & BOYER, P.A.
One East Broward Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 523-7008
Facsimile:  (954) 523-7009
E-mail: pkantor@qpwblaw.com
*Counsel for The Prudential*
*Insurance Company of America*